# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| Derek Lee <br><br> *Plaintiff(s)* <br> v. <br> Capital One, N.A., Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC <br> *Defendant(s)* | ))))))))))))) | Civil Action No. 2:25-cv-47 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Experian Information Solutions, Inc.
c/o CT Corporation System
334 N. Senate Ave.
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph Panvini
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/30/2025

s/N. Corle
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Nothern District of Indiana

Case Number: 2:25-CV-47

Plaintiff:
**Derek Lee**
vs.
Defendants:
**Capital One, N.A., Experian Information Solutions, Inc.; et al**

For: McCarthy Law PLC

Received by Front Range Legal Process Service, Inc. to be served on **Experian Information Solutions, Inc. - c/o CT Corporation System, 334 N Senate Ave, Indianapolis, IN 46204**. I, __Raymond Bandy__, do hereby affirm that on the __13th__ day of __February__, 20__25__ at __3__:__32__ P.m., executed service by delivering a true copy of the **Summons; Complaint; Judge Assignment; Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving __Pat Jones__ as __Intake Specialist__.
( ) POSTING _____

( ) DESCRIPTION ) Age ___ Sex ___ Race ___ Height ___ Weight ___ Hair ___ Glasses ___

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

~~I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service~~ was made.

_[signature: Raymond Bandy]_

PROCESS SERVER # __NA__
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2025001574