# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| Derek Lee, <br><br>     Plaintiff, <br><br> v. <br><br> Capital One, N.A., Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC, <br><br>     Defendants, | Case No.: 2:25-cv-00047-JTM-JEM |

## NOTICE OF DISMISSAL AS TO DEFENDANT CAPITAL ONE, N.A.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Capital One, N.A. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Experian Information Solutions, Inc. and Equifax Information Services, LLC remain pending.

Dated:    March 27, 2025

                                            /s/ Joseph Panvini
                                            Joseph Panvini
                                            McCarthy Law, PLC
                                            4250 North Drinkwater Blvd, Suite 320
                                            Scottsdale, AZ  85251
                                            Telephone: (602) 612-5016
                                            Fax: (602) 218-4447
                                            joe.panvini@mccarthylawyer.com
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s Joseph Panvini*