UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Derek Lee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Capital One, N.A., Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC,<br><br>　　　　Defendants, | Case No.: 2:25-cv-00047-JTM-JEM |

### NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

　　Plaintiff Derek Lee, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. remain pending.

　　Dated:　　May 2, 2025

　　　　　　　　　　　　　　　　　　/s/ Joseph Panvini
　　　　　　　　　　　　　　　　　　Joseph Panvini
　　　　　　　　　　　　　　　　　　McCarthy Law, PLC
　　　　　　　　　　　　　　　　　　4250 North Drinkwater Blvd, Suite 320
　　　　　　　　　　　　　　　　　　Scottsdale, AZ  85251
　　　　　　　　　　　　　　　　　　Telephone: (602) 612-5016
　　　　　　　　　　　　　　　　　　Fax: (602) 218-4447
　　　　　　　　　　　　　　　　　　joe.panvini@mccarthylawyer.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s Joseph Panvini*